UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| v. § | CRIMINAL NO. **4:25-cr-00235** |
| § | |
| SITAMERIAM NURAI IBRAHIM, § | |
| Defendant. § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE

Title 18, United States Code, § 875(c)
Interstate Communication With A Threat To Injure

On or about February 22, 2025, in the Southern District of Texas and elsewhere,

### SITAMERIAM NURAI IBRAHIM

did knowingly and willfully transmit, in interstate and foreign commerce, a threat to injure the person of another; to wit, the Defendant sent electronic mail messages to employees of the federal Executive Office of Immigration Review, known to the Grand Jury, and stated:

- "Big fucking mistake. All yall gone die now."

- "I'm sending my killers your way bitch office of professionalism unit. Ima have em spread out bombs all across your EOIR office. Everyone of your immigration judges will Be dead."

All in violation of Title 18, United States Code, § 875(c).

A TRUE BILL:

*Original Signature on File*
FOREPERSON OF THE GRAND JURY

1

NICHOLAS J. GANJEI
UNITED STATES ATTORNEY

_____
JOHN S. GANZ
Assistant United States Attorney