UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § § | |
| **v.** | § § | CRIMINAL NO. 4:25-CR-235 |
| **SITAMERIAM NURAI IBRAHIM,** Defendant. | § § § | |

### ORDER ON GOVERNMENT'S MOTION TO DISMISS INDICTMENT WITHOUT PREJUDICE

The United States filed a Motion to Dismiss the Indictment Without Prejudice. Having considered the Motion, the Court ORDERS that the Indictment pending against Defendant Ibrahim is dismissed without prejudice.

Signed   September 15  , 2025 at Houston, Texas.

_____
HONORABLE LEE H. ROSENTHAL
UNITED STATES DISTRICT JUDGE

3